Joseph HATTING and Mary Hatting, Respondents,

v.

James R. BAUMGARTNER, Mary Ann Baumgartner, and Floyd Wiggins, Appellants.

No. WD 39936.

Missouri Court of Appeals, Western District.

Aug. 30, 1988.

Rehearing Denied Oct. 4, 1988.

D. James Mariea of Whitlow, Riley, Mariea & Dunlap, P.C., Fulton, for appellants.

Joe D. Holt of Holt, Mays and Brady, Fulton, for respondents.

Before TURNAGE, P.J., and SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM:

Appellants appeal from a decree of the trial court finding respondents to have a prescriptive easement of a roadway across appellants' property and restraining and enjoining appellants from interfering with respondents' peaceful use of this roadway.

The order is affirmed. Rule 84.16(b).